UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:12-cv-01050-SVW-DTBx | Date | June 29, 2012 |
|---|---|---|---|
| Title | ARB Inc v. Kern River Gas Transmission Company et al | | |

JS-6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kane Tien | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER re NOTICE OF DISMISSAL WITHOUT PREJUDICE [8]

    The Court, having received plaintiff's Notice of Dismissal Without Prejudice (Dkt. 8) filed June 28, 2012, hereby ORDERS this action DISMISSED without prejudice. The Status Conference (Dkt. 7) hearing on August 13, 2012 is hereby VACATED.

:

Initials of Preparer      KTI